UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JERMEL C. THOMAS, | ) | |
| PETITIONER, | ) | |
| vs. | ) | CAUSE NO. 3:12-CV-236 RM |
| | ) | ARISING OUT OF: 3:09-CR-88 RM |
| UNITED STATES OF AMERICA, | ) | |
| RESPONDENT. | ) | |

## OPINION and ORDER

Jermel Thomas filed a motion for extension of time to file a reply to the government's response to his rule 60(b)(1) or (b)(6) motion in this court and the court of appeals. This court denied the motion as moot because the briefing before the court was sufficient for disposition of the issues (*See* Doc. No. 125 in 3:09-CR-88; Doc. No. 18 in 3:12-CV-236), and for the same reason, the court DENIES the identical motion (Doc. No. 127 in 3:09-CR-88; Doc. No. 20 in 3:12-CV-236) transferred to this court from the court of appeals.

SO ORDERED.

ENTERED: July 24, 2014

      /s/ Robert L. Miller, Jr.
Judge
United States District Court